UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-60804-CIV-ALTMAN**

**KATHLEEN HARWOOD**,

    *Plaintiff,*
**vs.**

**NATIONWIDE CREDIT, INC.,** and
**TOYOTA MOTOR CREDIT CORP.,**

    *Defendants.*
_____/

**ORDER SCHEDULING STATUS CONFERENCE**

Counsel in the following cases are directed to appear at a status conference, in accordance with this Order, on **July 7, 2020, at 1:00 p.m.** The conference will be conducted telephonically. At that time, the parties shall dial 1-888-363-4734 and enter access code 9127026, followed by the # symbol. Counsel must not utilize speakerphone functionality during the hearing. If possible, counsel should use a landline. Instructions for the status conference are as follows:

1. The parties are not personally required to appear, but a representative of each party with full authority to enter a full and complete compromise must appear.

2. As cases are called, the attorneys will be directed to confer on a possible resolution of the case. The Court will not oversee these discussions.

3. If an agreement is reached, the parties shall promptly notify the Court.

*4.* The Plaintiff's counsel must appear with the entire case file. If any of the Defendants have not yet appeared, the Plaintiff must serve a copy of this Order on any such Defendant **within two (2) business days** of the date of this Order.

5. The Defendant must appear with all evidence it has in support of its defenses.

6. The Clerk is **DIRECTED** to enter this Order in the following cases:

   a. 20-cv-60595 – *Torres v. Experian Information Solutions, Inc., et al.*

      - **(call in: 1:10 p.m.)**

   b. 20-cv-61065 – *Jaimes v. Jaba Pro Stone Corp.*

      - **(call in: 1:20 p.m.)**

   c. 20-cv-81004 – *Fernandez v. Applebee's Restaurants, LLC*

      - **(call in: 1:30 p.m.)**

   d. 20-61024 – *Adams v. Therapies 4 Kids, Inc., et al.*

      - **(call in: 1:40 p.m.)**

   e. 20-cv-61087 – *Concepcion v. Frost-Arnett Company*

      - **(call in: 1:50 p.m.)**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of June 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record